UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MARY MONROE,                           CASE NO.:
                                       07-CV-8777(GBD)(MHD)
             Plaintiff,
                                       **NOTICE OF MOTION TO**
     -against-                         **DISMISS**_____

HYUNDAI OF MANHATTAN & WESTCHESTER,
TOYOTA & LEXUS FINANCIAL SERVICES,

             Defendants.

------------------------------------X


| | |
|---|---|
| **MOTION BY:** | Defendant Toyota Motor Credit Corporation s/h/a Toyota & Lexus Financial Services ("Toyota") |
| **SUPPORTING PAPERS:** | Affirmation in Support of Toyota's Motion to Dismiss of Michelle E. Tarson dated December 7, 2007 and the exhibits annexed hereto; Toyota's Memorandum of Law, dated December 7, 2007 and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | At the United States District Court, Southern District of New York, at the Courthouse thereof, located at 500 Pearl Street, New York, New York 10007, before the Honorable George B. Daniels. |
| **RELIEF SOUGHT:** | An order:<br>(1)Dismissing plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6); and,<br>(2)Granting Toyota such other and further relief as this Court deems just and proper. |

**ANSWERING PAPERS:**         Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of these papers.

Dated:    Syosset, New York
          December 7, 2007

                                        SIMMONS, JANNACE & STAGG, L.L.P.
                                        Attorneys for Defendant


                                        By:__Michelle E. Tarson /s/_____
                                           Michelle E. Tarson (mt-2482)
                                        Office & P.O. Address
                                        75 Jackson Avenue
                                        Syosset, New York  11791
                                        (516) 357-8100


To:   Mary Monroe, *Pro Se Plaintiff*
      709 F.D.R. Drive #8E
      New York, New York 10009

      Hyundai of Manhattan
      646 11th Avenue
      New York, New York 10036

      Hyundai of Westchester
      2423 Central Part Avenue
      Yonkers, New York 10710