```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MARY MONROE,                              CASE NO.:
                                          07-CV-8777(GBD)(MHD)
              Plaintiff,
                                          AFFIRMATION
      -against-

HYUNDAI OF MANHATTAN & WESTCHESTER,
TOYOTA & LEXUS FINANCIAL SERVICES,

              Defendants.

-----------------------------------X
```

MICHELLE E. TARSON, an attorney duly admitted to practice law before this Court and the Courts of the State of New York, hereby affirms the following under the penalties of perjury:

1. I am associated with the firm of Simmons, Jannace & Stagg, L.L.P., attorneys for defendant Toyota Motor Credit Corporation s/h/a Toyota & Lexus Financial Services ("Toyota").

2. This affirmation is submitted for the sole purpose of introducing:

   a. August 15, 2006 Retail Installment Contract (Ex. A);

   b. New York State Certificate of Title (Ex. B);

   c. Summons in a Civil Case and Complaint (Ex. C);

   d. Summons with Notice and Complaint in the matter of <u>Mary M. Monroe v. Hyundai of Manhattan</u> (Ex. D); and

   e. New York State Department of Division of

```
Corporations' Entity Information (Ex. E.)

Dated:    Syosset, New York
          December 7, 2007


                                        Michelle E. Tarson /s/
                                        MICHELLE E. TARSON (mt-2482)
```