**EXHIBIT "C"**

(Rev. 2/5/98) Summons in a Civil Action

# United States District Court

_____ Southern _____   **DISTRICT OF**   _____ New York _____

Mary Monroe

v.

Hyundai of Manhattan & Westchester
Toyota & Lexus Financial Services

**TO:** (Name and address of defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## '07 CIV 8777

## JUDGE DANIELS

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

Pro-Se Mary Monroe 709 F.D.R. Drive #8E New York, N.Y. 10009

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

Marcos Quintero

(BY) DEPUTY CLERK

OCT 1 1 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Mary Monroe,

                    Plaintiff,                              07cv8777(GBD)
          -against-                                   PRO SE PRETRIAL
                                                      CONFERENCE NOTICE
Hyundai of Manhattan & Westchester
Toyota & Lexus Financial Services
                    Defendants.
-------------------------------------------------------x
GEORGE B. DANIELS, DISTRICT JUDGE:

        Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference at
the time and place fixed below, for the purpose of Case Management and scheduling pursuant
to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this
order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you
are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of
the notice and rules to that party personally.

        A Pro Se pretrial conference will be held on **December 19, 2007 at 9:30 a.m.** at the
United States District Courthouse, 500 Pearl Street, New York, New York, COURTROOM 15D.
If you are a prisoner in a state or city facility, you should provide sufficient information for
opposing counsel to prepare an order by this Court to arrange for a conference by telephone.

        No application for adjournment will be considered unless made within one week of the
date of this notice.

        All parties should also be prepared to address at the conference the factual and legal
bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other
issue relevant to case management.


Dated: New York, New York
          October 18, 2007


                                        SO ORDERED:

                                        *George B. Daniels*
                                        George B. Daniels
                                        United States District Judge

United State District Court
Southern District of New York

**JUDGE DANIELS**

**'07 CIV 8777**

Mary Monroe
    Plaintiff

Complaint

Against

Jury Trial Demand

Hyundai of Manhattan & Toyota Financial Services
& Lexus Financial Services & Hyundai of Westchester



RECEIVED
OCT 11 2007
U.S.D.C. S.D. N.Y.
CASHIERS

I Mary Monroe have been a resident of New York State since
Approximately 38 years I reside at 709 F.D.R. Drive #8E New York,
N.Y. 10009

The Defendant Toyota Financial Services & Lexus Financial
Services do business At 19001 S. Western Ave. (Mail stop W.F22) CA 90501
ATT. Brenda C.

Hyundai of Manhattan do business At 646 Eleventh Avenue
New York, N.Y. 10036

Hyundai of Westchester do business At 2423 Central Park
Avenue Yonkers, N.Y.

1.) On August 15, 2007 The Plaintiff went to Hyundai of

Manhattan to extend her Auto repair Insurance Contract

2.) Her Grandson Steven Monroe was with her instead of providing Auto repair Insurance Hyundai refinanced her whole car

3) The contract had her paying a little over $21,000, That's how much a new Sonata would cost, Her car was approximately 3 years old

4.) On August 16, 2006 the Plaintiff Consulted Ray Richardson from Home Grown Inc. about the Retail Installation Contract

5.) Mr. Richardson saw where the Retail Installation Contract was charging a higher interest rate, beside Amounts listed on the contract that appeared for reason. Many issues in this contract appeared fraudulent

6) The Plaintiff then signed a notarized letter giving Ray Richardson the Authorization to make any decisions pretaining the Retail Installation Contract dated 8/15/06

7.) On August 19, 2006 Ray Richardson And Walter Malone went to 646 Eleventh Avenue on the corner of 47th Street

8.) Ray Richardson spoke to one of the salesman named Christopher because Michael who provide the contract was not available

9.) On August 21, 2006 The Plaintiff with her representative Ray Richardson went to Hyundai and spoke to Michael to cancel the contract signed on 8/15/06 Michael refused, upon which the Plaintiff filed a Legal action

10.) On August 22 the Plaintiffs Representative Ray Richardson with to Hyundai with Lance Orton to again ask Michael to cancel the contract again he refused

11.) There were many amounts on the contract with no explanation beside charging a higher interest rate and other items that appeared that the contract was based on fraud

12.) The interest rate when the Plaintiff brought her car in 2003. her interest rate was only 7.5% yet after the contract the interest rate 10.3% a difference of 2.8%

13.) Hyundai made the Plaintiff believe that her car was fully covered. The Contract only covered air conditioner, radio, stereo, power steering and automatic Transmission

14.) The Defendant has the Plaintiff paying $2,500 for Mechanical Breakdown Protection no other explanation

15.) $170 for Buyer G.A.P. Insurance from Ohio Identity Insurance Company no further explanation

16.) $125 Government license or registration with no further FEES explanation

17.) The is also $1,400 for Toyota Auto Care no further explanation

18.) The Defendants between the lies on the contract that Hyundai wrote And that the contract come from toyota shows fraud And conspiracy (Rico Act)

19.) The Defendants intentionally overcharged the Plaintiff for services not received

20.) The Plaintiff tried on 3 occasions tried to void the contract, which the defendants Hyundai And Toyota did not tried to do what is required by law

21.) Since the Plaintiff tried to have the contract vioded 3 time within 7 days After it was signed that is why A supreme court action was started Index number 113492/06

22.) Toyota was notified not to make Any payments since the Plaintiff has filed Legal Action Against Hyundai of Manhattan For a fraudulent contract

23.) On October 21, 2006 Toyota was notified not to make Any

payments concerning the car and call before hand to make sure that Toyota Financial Services was notified of the fraudulent contract

24.) Toyota was notified also in Febuary 2007 as to why they paid Chase Bank, when they was notified not to make any payments, since the Plaintiff was challenging Hyundai and the contract.

25.) Now The Defendants refinance the car for a total of $23,700, for a car in 2003 new, cost $21,000

26.) From the evidence we now have, it shows how both Defendants conspire to overcharge and fraudulently refinance, when all the Plaintiff wanted was a Guaranteed Auto Protection extention

27.) In September 2007 Toyota stole the Plaintiff car without filing any papers in court and threaten to sell the car if she does not pay them.

28.) The Plaintiff was told that Toyota has the car, by Toyota, this was done in hope the Plaintiff panic and pay the Defendant

29.) This was done with Blatant thought to coerce the Plaintiff to make payment on a fraudulent contract

30.) Because of the Theft and constant Harrassment, by calls and letters, asking for payments, which the Defendants were not entitle to any payment do to a fraudulent contract

31.) That is why the Plaintiff is sueing for $2,023,700 in punitive and Compensitory damages

Ms. May Monroe
10/11/07

___; and it is further ORDERED, that security in the amount of $ _____ be posted by the plaintiffs and it is further ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendants or his counsel on or before _____ o'clock in the _____ noon, _____, 20____, shall be deemed good and sufficient service thereof.

DATED:_____
        New York, New York

Issued:_____                _____
                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
_Mary Monroe_____,      :
                      Plaintiff     : ORDER TO SHOW CAUSE FOR
                                    : PRELIMINARY INJUNCTION AND
              vs.                   : TEMPORARY RESTRAINING ORDER
_Hyundai of Manhattan & Westchester :
Toyota Financial Services & Lexus__,:
                      Defendant     :
                                    :
                                    :
                                    :
------------------------------------X


Upon the affidavits of _Mary Monroe_____ ~~sworn~~ Affirm to the _5_____ day of
_October__, 200_7_, and upon the copy of complaint hereto annexed, it is ORDERED,
that the above named defendants show cause before a motion term of this court, at Room
_____, United States District Court for the Southern District of NY, 500 Pearl Street, in
the City, County and State of New York on _____, 20 _____, at
_____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be
heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of
Civil Procedure enjoining the Defendants during the pendency of this action from

_Keeping a stolen 2003 Sonata License Plate # CMJ 9284_

_When the Defend Ants was aware of a fraudulent contract._

and it is further ORDERED, that sufficient reason having been shown, therefore, pending
the hearing plaintiff's application for a preliminary injunction, pursuant to FRCP Rule 65
the defendants are temporarily restrained and enjoined from

-------------------------------------------------X

_Mary Monroe_,

        **Plaintiff,**

        -against-

_Hyundai of Manhattan & Westchester_
_Toyota Financial Services & Lexus_,

        **Defendant**

**AFFIDAVIT/AFFIRMATION**

_____ Civ. _____ (        )

-------------------------------------------------X

STATE OF NEW YORK
COUNTY OF        SS.:

   _Mary Monroe_____, makes the following affirmation under the penalties of perjury or being duly ~~sworn~~ deposes and says

   I, _Mary Monroe_____, as plaintiff in the above entitled action, respectfully move this court to order defendants to show cause why they should not be enjoined ~~from~~/to _Provide my car which Toyota stole_____ until a final deposition on the merits in the above entitled action.

   Unless this order is issued, I will suffer immediate and irreparable injury, loss sand damage in that _I have children which I drive to and from school, Both the 3year old And 12 year old go to school near my job Taking train & Bus takes almost 1½ hours Driving less then a ½ hour_

As can be seen from the foregoing, I have no adequate remedy at law.

   WHEREFORE, I respectfully request that the court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _10/5/07_____

                        _Ms. Mary M Monroe_

~~Sworn~~ AFFIRM to before me this _5_ day of _Oct_ 20_07_   (Or for an affidavit)

Notary Public

SANDRA FRANQUI
Notary Public, State of New York
No. 03-4841295
Qualified in Westchester County
Commission Expires March 9, 2010

# List of Exhibits

Exhibit (A): Agreement to Provide Insurance 8/15/06

Exhibit (B): Virginia Surety Company Inc. 8/15/06

Exhibit (C): Notice of Buyer Liability for G.A.P. 8/15/06

Exhibit (D) Yves Gilbert Business Card   8/21/06

Exhibit (E): Toyota Finance Service letter   8/30/06

Exhibit (F): Certificate of Mailing   10/21/06

Exhibit (G): New York State Certificate of Title 10/31/06

Exhibit (H): Certificate of Mailing   2/21/07

Exhibit (I): Chase Auto Finance letter   3/5/07

Exhibit (J): Toyota Finance Services letter   9/2/07

# AGREEMENT TO PROVIDE INSURANCE



**FINANCIAL SERVICES** ℠ — **Financial Services**

I hereby agree to maintain liability, comprehensive, and collision insurance coverage for the referenced vehicle with a maximum deductible of $1,000.00 in the name of the Named Insured as shown below. If I am purchasing the vehicle, the insurance policy will reflect Toyota Motor Credit Corporation (or Lexus Financial Services, if applicable) as the lienholder and loss payee. If I am leasing the vehicle, the insurance policy will reflect Toyota Motor Credit Corporation, Lexus Financial Services, or Toyota Lease Trust (as reflected on the lease agreement) as legal owner of the vehicle and additional insured. I also agree to maintain liability insurance coverage in an amount equal to or greater than minimum requirements for the state in which I reside, or as required in my lease or retail contract, whichever is greater.

### NAMED INSURED (SAME AS BUYER/LESSEE)

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| MONROE | M | MARY |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 709 FDR DR 8E | NEW YORK | NY | 10009 |

TELEPHONE NUMBER ( ) 212-6736056

### VEHICLE INSURED

| YEAR | MAKE | BODY | MODEL | VIN/SERIAL NUMBER |
|---|---|---|---|---|
| 2003 | HYUNDAI | SD | SONATA | KMHWF35H03A884749 |

### INSURANCE AGENT
NAME GEICO
STREET ADDRESS CO WOODBURY RD
CITY WOODBURY NY 11797 STATE ZIP CODE
TELEPHONE NUMBER 800-8413000

### INSURANCE COMPANY
NAME GEICO
POLICY NUMBER 2013296323
EFFECTIVE DATE FROM 08/15/06 TO
COVERAGE X ☐ LIABILITY ☐ COMPREHENSIVE
☐ COLLISION $ 1000 DEDUCTIBLE $ 1000

### NAMED INSURED'S SIGNATURE
X *Mrs. Mary Monroe* DATE 08/15/06

### TMCC ACCOUNT NUMBER

### DEALER CONFIRMATION
☐ AGENCY ☒ INSURANCE COMPANY
CONFIRMED BY

NAME OF PERSON
DATE

TMCC/LFS/TLT AS LOSS PAYEE/ADDITIONAL INSURED
X ☐ YES ☐ NO

### DEALER / SALESPERSON SIGNATURE
X

### DEALER
HYUNDAI OF MANHATTAN

### IMPORTANT NOTICE TO BUYER/LESSEE
TAKE THE YELLOW COPY OF THIS FORM TO YOUR INSURANCE AGENT TO ASSIST IN PROVIDING PROPER PROOF OF COVERAGE TO LOSS PAYEE/ADDITIONAL INSURED.

### IMPORTANT NOTICE TO AGENT

SEND PROOF OF COVERAGE AND ALL CORRESPONDENCE TO:  **TOYOTA MOTOR CREDIT CORPORATION**
P.O. Box 3025
Coraopolis, PA 15108

3012 (04/04

DISTRIBUTION: WHITE-TMCC; YELLOW-BUYER/LESSEE; PINK-DEALER
BUYER/LESSEE: PLEASE NOTIFY INSURANCE AGENT OF THIS CHANGE.

ETCH.
NO.
OTC 101207

CUSTOMER
REGISTRATION NO.

# VIRGINIA SURETY COMPANY, INC.

("We", "Our", "Us")

## AUTOMOTIVE THEFT PROTECTION™ PROGRAM
### CERTIFICATE OF COVERAGE

NYV-370097

| | Month | Day | Year |
|---|---|---|---|
| | AUG | 15 | 2006 |

**DEALER'S NAME:** HYUNDAI OF MANHATTAN
**Dealer Code:** 31658

**DEALER'S ADDRESS:** 646 11TH AVE

**CERTIFICATE HOLDER'S NAME:** Last Name: HART   First Name: MONROE M   Initial:

**CERTIFICATE HOLDER'S ADDRESS:** Street Address: 705 FDR DR 8E   City: NEW YORK   State: NY   Zip Code: 10009

**CERTIFICATE HOLDER'S PHONE:** Area Code (412) Day Phone 860-4053   Area Code (212) Night Phone 673-6056

**VEHICLE INFORMATION:** Make: HYUNDAI   Year: 2003   Model: SONATA   Vehicle ID Number (VIN): KMHWF35H03A884749   Mileage: 20952

**CERTIFICATE HOLDER'S E-MAIL:**

This certifies that the Automotive Theft Protection™ Program ("ATP®") system has been installed on the above described Covered Vehicle utilizing a process designed to deter theft and assist authorities in the recovery of the Stolen Vehicle. THIS CERTIFICATE OF COVERAGE SHALL NOT DUPLICATE COVERAGE AFFORDED BY ANY OTHER INSURANCE POLICY OR COVERAGE, INCLUDING THE COMPREHENSIVE PHYSICAL DAMAGE COVERAGE PROVIDED BY YOUR PRIMARY AUTOMOBILE INSURANCE CARRIER.

**COVERAGE TERM**   *FOR INSURANCE COMPANY USE ONLY*
Subject to the terms and conditions of this Certificate of Coverage, if the Covered Vehicle is stolen within:
☐ 2 years   ☐ 3 years   ☐ 4 years   ☑ 5 years
of the Effective Date of this Certificate of Coverage, You will be entitled to the Limited Benefit stated below. Provided that: 1) the Covered Vehicle is not recovered within THIRTY (30) days of theft; 2) You are still the Certificate Holder named above; and 3) all the conditions stated below are met.

**MAXIMUM BENEFIT PAYABLE**   *FOR INSURANCE COMPANY USE ONLY*
☐ PREFERRED PROTECTION PLAN
☑ (up to $5,000.)   ☐ (up to $7,500.)   ☐ (up to $15,000.)   ☐ (up to $25,000.)
☐ BASIC PROTECTION PLAN   (up to $2,500.) includes rental car
The amount selected above is the Maximum Benefit Payable under this Certificate of Coverage.

**LIMITED BENEFIT**
When the Automotive Theft Protection™ Program ("ATP®") is applied to, or installed on Your Covered Vehicle, the terms and conditions of coverage are met and Your Covered Vehicle is later stolen and unrecovered or declared a total loss due to theft, we will pay a loss Benefit defined as:
A. Basic Protection Plan: Pay on Your behalf, to the Automobile Dealer, a loss benefit towards the purchase or lease of a Replacement Vehicle; and pay to You a Rental Car Reimbursement of up to $250. Loss Benefit to be calculated as follows:
   *Purchased Vehicle* - The difference between Your Replacement Vehicle Cost and the amount You receive from Your Primary Automobile Insurance Carrier for the theft of Your Covered Vehicle; or
   *Leased Vehicle*: The total payment due the Automobile Dealer to reduce from Your Replacement Vehicle Cost that amount necessary, to produce a Replacement Vehicle monthly lease payment and term (total number of monthly payments) identical to the original monthly lease payment and term of Your Stolen Vehicle.
B. Preferred Protection Plan: Pay on Your behalf, to the Automobile Dealer, a loss Benefit towards the purchase or lease of a Replacement Vehicle, and pay to You a Rental Car Reimbursement of up to $500. Loss Benefit to be calculated as follows:
   *Purchased Vehicle* - The difference between Your Replacement Vehicle Cost and the amount You receive from Your Primary Automobile Insurance Carrier for the theft of Your Covered Vehicle; or
   *Leased Vehicle*: The total payment due the Automobile Dealer to reduce from Your Replacement Vehicle Cost that amount necessary, to produce a Replacement Vehicle monthly lease payment and term (total number of monthly payments) identical to the original monthly lease payment and term of Your Stolen Vehicle.

This Certificate of Coverage is transferable to a second owner of Your Covered Vehicle subject to the Program Administer's approval. See the Transfer Option section of the Conditions for details. This Certificate of Coverage and all amendments thereto make up the complete contract of insurance between the Insurer and the Certificate Holder. No person can alter or waive any part of this Certificate of Coverage or make any agreements that bind Us. In the event You are unable to obtain satisfaction of Your Benefits, You may file a direct claim with Us at: 1(800) 209-6206.
The above selections indicate the term and maximum benefit payable of the insurance for which I am applying. I have read the Certificate of Coverage and I understand and agree to all its provisions.

CUSTOMER'S SIGNATURE   DATE 08/15/06

AUTHORIZED DEALER SIGNATURE   DATE 08/15/06

____ I DECLINE to purchase the Automotive Theft Protection™ Program. I understand that, in the event that my vehicle is stolen, I AM NOT ENTITLED TO A CLAIM BENEFIT OFFERED BY THE AUTOMOTIVE THEFT PROTECTION PROGRAM™.

CUSTOMER'S SIGNATURE   DATE

Date _____

| Buyer & Co-Buyer - Name(s) and Residence Address(es) | Seller - Name & Address |
|---|---|
| MONROE M MARY<br>700 FDR DR SE<br>NEW YORK  NY<br>10009 | ATLANTIC OF MANHATTAN<br>600 12TH AVE<br>NEW YORK, NY |

If your Retail Contract ("Contract") terminates as a result of a total loss of the vehicle occasioned by its theft, confiscation or physical damage, you will remain liable for the **GAP Amount**.

The **GAP Amount** is the difference between the amount you owe under the Contract (or if you were in default, the amount you would have owed if you had paid all monthly installments and other charges when due) as of the date of total loss, less the actual cash value of the vehicle as of the date of total loss, as determined under your physical damage insurance policy, if in effect on the date of total loss.

The Seller named above, or if a lender purchases your Contract, that lender, is the "Creditor" under your Contract. For a separate charge, shown below, the Creditor will waive its contractual right to hold you liable for the **GAP Amount** in the event of a total loss of the vehicle occasioned by its theft or physical damage.  The Creditor's waiver of the **GAP Amount** is not automatically included in the Contract.

The Creditor will obtain insurance which covers it for this type of loss.  The Creditor may pass through to you the actual cost of this insurance, and that amount is the separate charge shown below.

**Creditor GAP Waiver:**  If you want the Creditor to waive its contractual right to hold you liable for the **GAP Amount** in the event of a total loss of the vehicle occasioned by its theft or physical damage, a separate charge of $ _____ is included in the Contract.  This waiver cannot be cancelled and the term of the waiver must match the term of the Contract.  Initial below if you want the waiver of the **GAP Amount** for the charge stated.

**Your initials indicate you want to purchase a Creditor GAP Waiver:**

| Buyer's Initials | Co-Buyer's Initials |
|---|---|

The Creditor GAP Insurance Company is:  Ohio Indemnity Company

Even if you purchase a **Creditor GAP Waiver**, you will remain liable for the actual cash value of the vehicle and deductible amounts relating to your physical damage insurance policy, if any, plus any unpaid monthly installments and other unpaid charges that accrued prior to the date of loss and arising from your failure to fulfill your obligations under the Contract.

**Buyer (Borrower) GAP Insurance:**  As an alternative to buying a waiver, you may be able to buy insurance covering the **GAP Amount** from any insurance company which has been licensed by the New York Superintendent of Insurance to write motor vehicle borrower **GAP** insurance in the State of New York.  If you buy insurance covering the **GAP Amount**, there is no contractual waiver of the **GAP Amount** by the Creditor included in the Contract.

You are entitled to a copy of this notice. If you do not initial above that you want to purchase the Creditor GAP Waiver, you are declining to purchase the Creditor GAP Waiver that was offered to you. By signing below, you acknowledge you have read this notice and that you have been provided with a copy.

_____
Buyer's Signature

_____
Co-Buyer's Signature



### Yves Gilbert
**General Manager**

**Hyundai of Manhattan**
846 11th Avenue
(Corner of 47th & 11th Ave.)
New York, NY 10036

Sales: 212-459-1500
Fax: 212-586-3015
Service: 212-459-0300
Parts: 212-459-0445
Email: Yves.Gilbert@bramcorp.net

*Mary Maude was
Present at This sale
on 8/31/06*



**TOYOTA**
FINANCIAL SERVICES

9880

P.O. Box 9490
Cedar Rapids, IA 52409-9490

*Plz reach me at*

8/6/06

0000872 01 MB 0.326 **AUTO T4 0 4331 10009-715985 A 2 4

MARY M MONROE
709 FDR DR 8E
NEW YORK NY 10009-7159

800 331 4331

392-2968
298-8557
Carol Eng
480 224-1000
301 468-9000

190 001 So. Wester

Torrance CA 9050L

August 30, 2006

RE:     Privacy Policy
        Account Number: 0220273276

Dear Toyota Financial Services Customer:

Toyota Financial Services (TFS)* respects your privacy, and the confidential nature of the information we gather during our relationship. This is one of the reasons why we provide you with an opportunity to limit how we share your personal information outside our family of companies and limit use within our family of companies. Enclosed you will find privacy notices detailing how we protect and use information about you that we gather during the course of our relationship.

In accordance with law, we will also send you, the primary TFS accountholder, a copy of your privacy policy on an annual basis, whenever new law is enacted materially impacting these policies or in advance of making material changes to our policies.

Please review the enclosed privacy notices for additional information about TFS' privacy policies.

If you have any questions regarding the enclosed or your rights to exercise your privacy options, feel free to contact us at 888-717-9248.

Yours truly,

Toyota Financial Services

*Toyota Financial Services is a service mark of Toyota Motor Credit Corporation, and its subsidiaries.

CL-TG1

# TOYOTA
## FINANCIAL SERVICES

**BILLING STATEMENT**

For customer service, please call (800) 874-8822, or visit **www.toyotafinancial.com.** Please refer to the back of your statement for more information.

**Please remit payment to:**
Toyota Financial Services
PO Box 371339
Pittsburgh PA 15250-7339

Please refer to the back of this statement for important information on negative credit reporting and the specially designated address to use when sending any communications regarding disputed payoffs.

MARY M MONROE
709 FDR DR APT 8E
NEW YORK NY  10009-7159

| | |
|---|---|
| **Account Number** | 022 0273276 |
| Maturity Date | 8/29/2011 |
| Payments Made | 0 |
| Payments Remaining | 60 |
| Standard Monthly Payment | $395.00 |
| Last Payment Received | |

| **Summary of Charges** | |
|---|---|
| Statement Date | 8/30/2006 |
| Payment Due Date | 9/29/2006 |
| Current Payment Due | $395.00 |
| Past Due Payment Amount | $0.00 |
| Late Charges | $0.00 |
| Miscellaneous Charges | $0.00 |
| **Total Amount Due** | $395.00 |



We appreciate the opportunity to serve you.

Please take a moment to review the enclosed letter, which includes important information about your monthly billing statements and the many convenient ways Toyota Financial Services offers to help you manage your account.

To avoid a late charge of **$19.75 a payment must be received before 10/10/2006.** If your mailing address/phone number is incorrect, please complete the section on the return portion of your statement.

---

IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment. Make check or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.


## TOYOTA
### FINANCIAL SERVICES

| | |
|---|---|
| **Name on Account** | Mary M Monroe<br>709 Fdr Dr Apt 8E<br>New York NY  10009-7159 |

Please check here if your address or phone number has changed and complete the reverse side.

|ˌ11ˌ1ˌ11ˌ1ˌ11ˌ11ˌ1ˌ1ˌ11ˌ11ˌ1ˌ1ˌ11ˌ1ˌ1ˌ1ˌ11ˌ|
TOYOTA FINANCIAL SERVICES
PO BOX 371339
PITTSBURGH PA 15250-7339

|1ˌ1ˌ1ˌ11ˌ11ˌ1ˌ11ˌ1ˌ1ˌ1ˌ1ˌ11ˌ1ˌ1ˌ1ˌ11ˌ11ˌ1ˌ|

| | |
|---|---|
| **Account Number** | 022 0273276 |
| **Payment Due Date** | 9/29/2006 |
| **Total Amount Due** | $395.00 |
| **Amount Enclosed** | $ |

0220273276 0 0039500 0041475


**TOYOTA**
**FINANCIAL SERVICES** SM

P.O. BOX 2147

MIDDLETOWN, NY 10940
(845) 695-2300

| DATE | DEALER |
|---|---|
| 08/30/06 | HYUNDAI OF MANHATTAN INC |

| ACCOUNT NUMBER | DATE OF CONTRACT |
|---|---|
| 704-022-0273276-0001 | 08/15/06 |

APPLICATION NUMBER
4969190

APPLICANT(S)

| DESCRIPTION OF VEHICLE | | |
|---|---|---|
| YEAR | MAKE | MODEL |
| 2003 | HYUNDAI | SONATA |

VEHICLE IDENTIFICATION NUMBER
KMHWF35H03A884749

MARY M MONROE
709 FDR DR 8E
NEW YORK         NY         10009

## CONTRACT CORRECTION NOTICE

We are pleased to have purchased your Retail Installment Contract described above. On reviewing the contract, we noticed the error(s)/omission(s) which have been corrected on our records as indicated below:

☒ The APR should read ___10.25%___. Finance charge should be ___$ 5,294.82___. Total of payments should be ___$ 23,700.00___. Total Sale Price should be ___$ 23,700.00___. Payment amount should be ___$ 395.00___.

☐ All blank spaces on this contract should have been filled in with "N/A".

☐ This is to confirm the data printed on this contract is misaligned, but all spaces have the correct information provided.

☐ The Creditor's name should be shown as _____.

☐ The Description of Vehicle section on the contract is not correct. The _____ should read _____.

☐ The Odometer reading was omitted or incorrect. The Odometer reading should have indicated _____.

☐ The provider for the Guaranteed Auto Protection plan (GAP) should be _____.

☒ Under the Optional Mechanical Breakdown Protection section, it should read: The term of the protection should be _____ or until the odometer reads _____. Benefits payable will not exceed _____. MBP company is ___CONTINUOUS CUSTOMER CARE___. Deductible is _____.

☒ THE BUYER'S NAME ON YOUR RETAIL CONTRACT SHOULD READ: MARY MONROE.

Keep this notice as your record of the changes made. **Customer response is not required.** However, if you have any questions concerning this notice please contact us at the address or telephone number listed above.

TOYOTA MOTOR CREDIT CORPORATION



DMS 3020 (07/06)



MONROE,MARY,M
709 FDR DR 8E
NEW YORK NY          10009

000127



## CERTIFICATE OF TITLE

### NEW YORK STATE

* * LIENS * *
Document No.

| Title and Identification No. | Year | Make | Model Code | Body/Hul |
|---|---|---|---|---|
| KMHWF35H03A894749 | 2003 | HYUND | SON | 4DSD |

Document No. 9139780

| Color | Wt./Sts./Loin | Fuel | Cyl./Prop | New or Used | Type of Title |
|---|---|---|---|---|---|
| GY | 3254 | GAS | 6 | USED | VEHICLE |

Date Issued
SD07/04/06

ODOMETER READING
ACTUAL MILEAGE

20952

Name and Address of Owner(s)

MONROE,MARY M
709 FDR DR 8E
NEW YORK NY          10009

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place with your license or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
TOYOTA MOTOR CREDIT
CORP
PO BOX 105386
ATLANTA GA

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-899 (7/03)

DEPARTMENT OF MOTOR VEHICLES



**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

- ☐ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*

- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

| | | | | | |
|---|---|---|---|---|---|
| **Seller** | Seller's Signature | Seller's Name (Print in Full) | | | |
| | Street Address | City | State | ZIP Code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) | | | |
| | Street Address | City | State | ZIP Code | Date of Statement |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*

- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

| | | | | | |
|---|---|---|---|---|---|
| **Seller** | Seller's Signature | Seller's Name (Print in Full) | | | |
| | Street Address | City | State | ZIP Code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) | | | |
| | Street Address | City | State | ZIP Code | Date of Statement |

Boat Dealer's Facility #

F 7339013

MV-999 (7/03)

# CHASE 

000397-01 NSP0CAFA-000000000000
MARY M MONROE                                          03/05/07      0
709 FDR DR APT 8E
NEW YORK, NY  10009-7159
Iıllııllıılııllııllıllllllıılllllllllllıllıllllllllılllılıılll

RE: ACCOUNT    REDACTED

Dear MARY M MONROE

We are happy to process your recent request for a payment history
summary.  Enclosed is your summary which shows your record of
transactions and ending balance.

For your convenience and as an added value, we now offer two
additional services:

*    Paymatics:  Automatic debits from your checking
     account for your payment helps you make payments
     easily.  (Simply call for an authorization
     form).

*    Automated Account Information:  By dialing our 800#,
     using a touch tone phone and entering your account
     number, you can receive automated information on your
     payoff amount, interest paid, last transaction posted,
     make a payment, order coupons or obtain our mailing
     address.  This service is available 24 hours a day,
     seven days a week.

If we can be of further assistance, please contact our Customer
Service Department at 1-800-336-6675 , Monday through Friday, between
8:00 a.m. and 7:00 p.m. Eastern Time.

We value you as a customer and look forward to serving
your needs in the future.

Sincerely,

Customer Service

Chase Auto Finance
900 Stewart Avenue
Garden City, New York 11530

# CHASE ⬡



RE: ACCOUNT  REDACTED 1309

```
* * * * * * * * * * * * TRANSACTION SUMMARY * * * * * * * * * * * * * * * * *
```

| EFF DATE | POST DATE | TRAN AMOUNT | TRAN DESC | TRAN CODE | PRINCIPAL AMOUNT | INT AMOUNT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 07/17/03 | 07/23/03 | 22583.49 | LOANFUND | 7001 | 22583.49 | 0.00 | 22583.49 |
| 08/11/03 | 08/11/03 | 391.45- | PAYMENT | 8080 | 274.06 | 117.39 | 22309.43 |
| 09/13/03 | 09/15/03 | 391.45- | AUTO PMT | 7080 | 238.35 | 153.10 | 22071.08 |
| 10/13/03 | 10/14/03 | 391.45- | AUTO PMT | 7080 | 253.77 | 137.68 | 21817.31 |
| 11/13/03 | 11/13/03 | 391.45- | AUTO PMT | 7080 | 250.81 | 140.64 | 21566.50 |
| 12/13/03 | 12/15/03 | 391.45- | AUTO PMT | 7080 | 256.91 | 134.54 | 21309.59 |
| 01/13/04 | 01/13/04 | 391.45- | AUTO PMT | 7080 | 254.22 | 137.23 | 21055.37 |
| 02/13/04 | 02/13/04 | 391.45- | AUTO PMT | 7080 | 256.10 | 135.35 | 20799.27 |
| 03/13/04 | 03/15/04 | 391.45- | AUTO PMT | 7080 | 266.36 | 125.09 | 20532.91 |
| 04/13/04 | 04/13/04 | 391.45- | AUTO PMT | 7080 | 259.45 | 132.00 | 20273.46 |
| 05/13/04 | 05/13/04 | 391.45- | AUTO PMT | 7080 | 265.32 | 126.13 | 20008.14 |
| 06/13/04 | 06/14/04 | 391.45- | AUTO PMT | 7080 | 262.83 | 128.62 | 19745.31 |
| 07/13/04 | 07/13/04 | 391.45- | AUTO PMT | 7080 | 268.60 | 122.85 | 19476.71 |
| 08/13/04 | 08/13/04 | 391.45- | AUTO PMT | 7080 | 266.24 | 125.21 | 19210.47 |
| 09/13/04 | 09/13/04 | 391.45- | AUTO PMT | 7080 | 267.96 | 123.49 | 18942.51 |
| 10/13/04 | 10/13/04 | 391.45- | AUTO PMT | 7080 | 273.60 | 117.85 | 18668.91 |

Chase Auto Finance
900 Stewart Avenue
Garden City, New York 11530

# CHASE ⬡

RE: ACCOUNT  REDACTED 1309

\* \* \* \* \* \* \* \* \* \* \* TRANSACTION SUMMARY \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| EFF DATE | POST DATE | TRAN AMOUNT | TRAN DESC | TRAN CODE | PRINCIPAL AMOUNT | INT AMOUNT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 10/13/04 | 10/18/04 | 391.45 | R PMT | 9080 | 273.60 | 117.85 | 18942.51 |
| 10/13/04 | 10/18/04 | 20.00 | RTNCKCHG | 7011 | | | 18942.51 |
| 10/25/04 | 10/25/04 | 19.57 | LATE CHG | 7011 | | | 18942.51 |
| 10/28/04 | 10/28/04 | 391.45- | PAYMENT | 8080 | 214.68 | 176.77 | 18727.83 |
| 10/29/04 | 10/29/04 | 19.57- | W LTCHG | 8010 | | | 18727.83 |
| 11/13/04 | 11/15/04 | 391.45- | AUTO PMT | 7080 | 329.31 | 62.14 | 18398.52 |
| 11/15/04 | 11/15/04 | 20.00- | W RTNCK | 8010 | | | 18398.52 |
| 12/13/04 | 12/13/04 | 391.45- | AUTO PMT | 7080 | 276.99 | 114.46 | 18121.53 |
| 01/13/05 | 01/13/05 | 391.45- | AUTO PMT | 7080 | 274.83 | 116.62 | 17846.70 |
| 02/13/05 | 02/14/05 | 391.45- | AUTO PMT | 7080 | 276.40 | 115.05 | 17570.30 |
| 03/13/05 | 03/14/05 | 391.45- | AUTO PMT | 7080 | 289.15 | 102.30 | 17281.15 |
| 04/13/05 | 04/13/05 | 391.45- | AUTO PMT | 7080 | 280.05 | 111.40 | 17001.10 |
| 05/13/05 | 05/13/05 | 391.45- | AUTO PMT | 7080 | 285.38 | 106.07 | 16715.72 |
| 06/13/05 | 06/13/05 | 391.45- | AUTO PMT | 7080 | 283.70 | 107.75 | 16432.02 |
| 07/13/05 | 07/13/05 | 391.45- | AUTO PMT | 7080 | 288.95 | 102.50 | 16143.07 |
| 08/13/05 | 08/15/05 | 391.45- | AUTO PMT | 7080 | 287.39 | 104.06 | 15855.68 |
| 09/13/05 | 09/13/05 | 391.45- | AUTO PMT | 7080 | 289.23 | 102.22 | 15566.45 |
| 09/15/05 | 09/15/05 | 391.45- | PAYMENT | 8080 | 384.97 | 6.48 | 15181.48 |

**Chase Auto Finance**
900 Stewart Avenue
Garden City, New York 11530

# CHASE ⬡

RE: ACCOUNT ~~REDACTED~~ 1309

```
* * * * * * * * * * * TRANSACTION SUMMARY * * * * * * * * * * * * * * * *
```

| EFF DATE | POST DATE | TRAN AMOUNT | TRAN DESC | TRAN CODE | PRINCIPAL AMOUNT | INT AMOUNT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 10/21/05 | 10/21/05 | 391.45- | PAYMENT | 8080 | 277.81 | 113.64 | 14903.67 |
| 12/13/05 | 12/13/05 | 391.45- | AUTO PMT | 7080 | 227.19 | 164.26 | 14676.48 |
| 01/13/06 | 01/13/06 | 391.45- | AUTO PMT | 7080 | 296.85 | 94.60 | 14379.63 |
| 02/13/06 | 02/13/06 | 391.45- | AUTO PMT | 7080 | 298.75 | 92.70 | 14080.88 |
| 03/13/06 | 03/13/06 | 391.45- | AUTO PMT | 7080 | 309.47 | 81.98 | 13771.41 |
| 04/13/06 | 04/13/06 | 391.45- | AUTO PMT | 7080 | 302.66 | 88.79 | 13468.75 |
| 05/13/06 | 05/15/06 | 391.45- | AUTO PMT | 7080 | 307.44 | 84.01 | 13161.31 |
| 06/13/06 | 06/13/06 | 391.45- | AUTO PMT | 7080 | 306.61 | 84.84 | 12854.70 |
| 07/13/06 | 07/13/06 | 391.45- | AUTO PMT | 7080 | 311.25 | 80.20 | 12543.45 |
| 08/13/06 | 08/14/06 | 391.45- | AUTO PMT | 7080 | 310.60 | 80.85 | 12232.85 |
| 09/05/06 | 09/05/06 | 12263.35- | SHT PO | 8090 | 12204.84 | 58.51 | 28.01 |
| 09/08/06 | 09/08/06 | 782.90- | PAYMENT | 8080 | 28.01 | 0.02 | 0.00 |
| 09/11/06 | 09/11/06 | 754.87 | REFUND | 8094 | | 754.87 | 0.00 |

(including late charges and any other charges)
19001 S. WESTERN AVE., WF22
TORRANCE, CA 90501
Date: 09/12/07

MARY M MONROE
709 FDR DR 8E
NEW YORK          NY          10009

| DESCRIPTION OF YOUR MOTOR VEHICLE | | |
|---|---|---|
| YEAR | MAKE | MODEL |
| 2003 | HYUNDAI | SONATA |
| VEHICLE IDENTIFICATION NUMBER | | ACCOUNT NUMBER |
| KMHWF35H03A884749 | | 700-022-0273276-0001 |

# NOTICE OF OUR PLAN TO SELL PROPERTY

Subject: Retail Installment Contract dated 08/15/06 secured by Your Motor Vehicle described above.

We have Your Motor Vehicle, because you broke promises in our agreement.

We will sell Your Motor Vehicle at private sale sometime after 09/27/07. A sale could include a lease or license.

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 826-9467.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 826-9467, or write us at 19001 S. WESTERN AVE., WF22, TORRANCE, CA 90501, and request a written explanation.

If you need more information about the sale call us at (800) 826-9467, or write us at 19001 S. WESTERN AVE., WF22, TORRANCE, CA 90501.

We are sending this notice to the following other people who have an interest in Your Motor Vehicle or who owe money under your agreement:

## HOW TO GET YOUR VEHICLE BACK

You may get your vehicle back (redeem) by paying us the Total Amount to Redeem set forth under "REDEMPTION" below in certified funds before the vehicle is sold.

☒ If this box is checked, you can reinstate the contract. To do this you must pay Toyota Motor Credit Corporation (TMCC) the Total Amount to Reinstate in certified funds and comply with any other requirement, set forth under "REINSTATEMENT" below, at any time prior to the sale of the vehicle. Additionally, you must resume making your monthly payments and comply with all other terms of your contract. We may not be required to give you the ability to reinstate your account for future defaults.

Payments to redeem or reinstate may be made to TMCC at the above address, or you may call (800) 826-9467 for more information.

| REDEMPTION | | REINSTATEMENT | |
|---|---|---|---|
| To REDEEM your vehicle you must pay the Total Amount To Redeem at any time prior to sale of the vehicle. | | To REINSTATE your vehicle you must pay the Total Amount To Reinstate at any time prior to sale of the vehicle. | |
| Unpaid Gross Balance (includes any accrued and unpaid finance charges) | $ 16,494.82 | Pay to TMCC at the address shown above the following amounts: | |
| | | Installment(s) past due | $ 4,740.00 |
| Late charges | $ 118.50 | Late charges | $ 118.50 |
| **Costs and Expenses:** | | **Costs and Expenses:** | |
| Retaking/Transporting | $ 865.00 | Retaking/Transporting | $ 865.00 |
| Attorneys Fees & Costs | $ 0.00 | Attorneys Fees & Costs | $ 0.00 |
| Holding/Storage ( $ 0.00   per day) | $ 0.00 | Holding/Storage ( $ 0.00   per day) | $ 0.00 |
| Other: (Specify)          NA | $ 0.00 | Other: (Specify)          NA | $ 0.00 |
| Other: (Specify)          NA | $ 0.00 | Other: (Specify)          NA | $ 0.00 |
| Sub-Total | $ 17,478.32 | TOTAL AMOUNT TO REINSTATE | $ 5,723.50 |
| Less:   Refund of unearned finance charges | $ 0.00 | Plus pay, in certified funds, payments or expenses that become due or are incurred before you reinstate the contract. | |
| Unearned insurance premiums/costs | $ 0.00 | | |
| TOTAL AMOUNT TO REDEEM | $ 17,478.32 | | |

INDEX NO. 113492/06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Mary Monroe

Plaintiff/Petitioner

- against -

Hyundai of Manhattan

Defendant/Respondent

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

Sign Name: _Mary M. Monroe_

Print Name: _MARY M. MONROE_

Address: _709 F.D.R. Drive #8E_
_New York N.Y. 10009_

Telephone _(212)673-6056_

Service of a copy of the within is hereby admitted

Dated: _____, 200 ___

Attorney for _____

---

Sir/Madam:

Please take notice that the within is a (certified) true copy of a _____

duly entered in the office of the clerk of the within named court on the _____ day of _____, 200 ___

Dated: _____

Attorney for: _____

Yours, etc.
Plaintiff/Petitioner
Defendant/Respondent

Office and Post
Office Address

To:
Attorney(s) for _____

***************NOTICE OF SETTLEMENT***************

Sir/Madam:

Please take notice that an _____

of which the within is a true copy will be presented for settlement

to the Hon. _____, one of the Justices

of the within named court at _____, on

_____, 200 __ at _____ AM/PM

Dated: _____, 200 ___

Yours, etc

Plaintiff/Petitioner
Defendant/Respondent

To:
Attorney(s) for _____