EXHIBIT "D"

[Print in *black* ink all areas in bold letters . *Both* pages *must* be completed. This summons *cannot* be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------x

_Mary M. Monroe_ ,

**[your name(s)]**                                   Plaintiff(s)

- against -

_Hyundai of Manhattan_ ,

**[name(s) of party being sued]**            Defendant(s)

-----------------------------------------------------------------x

**SUMMONS WITH NOTICE**

**Index Number**

     0 6 1 1 3 4 9 2
_____

**Date Index No. purchased**

_____ , 200___

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: _____ , 200___
         **[date of summons]**

**FILED**

SEP 20 2006

NEW YORK
COUNTY CLERKS OFFICE

_____
**[sign your name(s)]**

_Mary M. Monroe_
**[print your name(s)]**

_709 F. D. R. Drive # 8E_

_New York, N.Y. 10009_

_(212)_
**[your address(es)and telephone no.(s)]**

Defendant(s) _Hyundai of Manhattan  646 Eleventh Avenue New York, N.Y. 10036_
                     **[address(es) of party being sued]**

<u>Notice</u>: The nature of this action is **[briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence]**:

_The Defendant refuses to discontinue this contract, that was requested on and before the 7 days. The Plaintiff wishes to discontinue this contract because of fraudulent information that was written on the contract of 8/15/06_

6-06

The relief sought is [briefly describe the kind of relief you are asking for, such as, mcney damages of $25,000] *Plaintiff request that the contract with the Defend-Ant be canceled And A punitive Damages be Awarded $50.000·00*

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of *$50.000.00* _____ [amount of money demanded], with interest form the date of _____ [date from which interest on the amount demanded is claimed] and the costs of this action.

Venue:

Plaintiff(s) designate New York County as the place of trial. The basis of this designation is

[check box that applies]:

☑ Plaintiff(s) residence in New York County

☐ Defendant(s) residence in New York County

☐ Other [See CPLR Article 5]: _____

Sum w/Not6-/06

Supreme Court of the State of New York
County of New York

Mary M. Monroe                                                      Index #
    Plaintiff



                          Complaint

    Against                                                   06113492
Hyundai of Manhattan

To the Supreme Court of the State of New York.

The complaint of the Plaintiff, Mary Monroe respectfully shows and alleges as
follows:

1.) The Plaintiff Mary Monroe  resides at 709 Franklin Delanor Roosevelt Drive
apartment 8-E New York, NY 10009

2.) Hyundai of Manhattan 646 Eleventh Avenue New York, NY 10036

3.) The Plaintiff Mary M. Monroe on August 15, 2006 sign a retail installation
contract.

4.) On August 16, 2006 the Plaintiff consulted Ray Richardson from Home
Grown Inc. about the contract.

5.) Ray Richardson inform the Plaintiff what was wrong with the contract.

6.) The Plaintiff then signed and notarized a letter giving Ray Richardson the
authorization to make a decision on what to do with the contract.

7.) On August the 19, 2006 Ray Richardson with Walter Malone went to Hyundai
of Manhattan at 646 Eleventh Avenue, on the corner of 47th Street.

8.) Ray Richardson spoke to one of the salesmen his name was Christopher,
Michael was not avaliable.

9.) On August 21, 2006 the Plaintiff and Ray Richardson went to Hyundai of
Manhattan to speak to Michael the finance officer.

10.) The Plaintiff and Ray Richardson, spoke to Michael and Michael said that they have to speak to their attorney and with their bank before they can cancel the contract.

11.) On August 22, 2006 Ray Richardson with Lance Orton went to Hyundai of Manhattan, where Michael refused to cancel the contract.

12.) There is a few things wrong with the contract that appears to be fraud.

13.) The amount owed on the car is $12,300.00 approximately.

14.) The defendant put the amount that they were going to pay off was $14,210.00 approximately diffence of $1,910.

15.) The Plaintiff interest was when she first bought her car which was 7.5% interest Hyundai of Manhattan was charging 10% exactly 10.3%.

16.) The defendant gave the Plaintiff the Belief that the car was fully covered. The contract covered only the air condition, radio, stereo, power steering, and automatic transmission.

17.) The Defendant has the Plaintiff paying $2,5000.00 for mechanical breakdown protection no further explanation.

18.) $170 for Buyer G.A.P. Insurance from the Ohio Identity Insurance Company no further explanation.

19.) $125 Government License or registration fees no further explanation.

20.) And $1,400.00 for Toyota Auto Care no further explanation.

21.) The Defendant has taken approximately $12,300 and increased it to $23,720.40 to be paid off in 60 payments.

22.) The Plaintiff has on 3 occasion tried to correct, or cancel the contract, while the Defendant constantly makes excuses, then finally denied the Plaintiff the right to cancel the contract on the 7th day.

23.) Since the Plaintiff tried to cancel the contract on and before the 7th day requirement and was denied, this is why the Law Suit is being initiated.

24.) The Plaintiff is asking for punitive damages in the amount of $50,000.00. Since the defendant has shown the ability to possible commit fraud.

25.) Since the defendant was fully aware of all that was written on the contract the Plaintiff is asking for a judgement canceling the contract and awarding the Plaintiff a punitive amount of $50,000.00.

*Ms. Mary Monroe*

VERIFICATION

_Mary M. Monroe_____, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know

the contents thereof. The same are true to my knowledge, except as to matters therein stated

to be alleged on information and belief and as to those matters I believe them to be true.

_Mary M. Monroe_____
**[sign your name in front of a Notary]**

_Mary M. Monroe_
**[print your name]**

Affirm
~~Sworn~~ to before me this

_____ day of _____, 200___

_____
Notary Public

STATE OF NEW YORK
COUNTY OF NEW YORK
SWORN TO BEFORE ME ON
SEP 1 2006

Notary Public, State of New York
No. 60-4652304
Qualified in Westchester County
Certificate filed in New York County
Commission Expires March 30, 20 07

INDEX NO.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____

Mary Monroe

Plaintiff/Petitioner

- against -

Hundeo of Manhattan

Defendant/Respondent

_____

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator (22NYCRR)

Sign Name: Mary M. Monroe

Print Name: MARY M. MONROE

Address: 709 F.D.R. Drive #8E
New York, N.Y. 10009

Telephone: (212) 673-6056

_____

Service of a copy of the within is hereby admitted

Dated: _____, 200 ___

Attorney for _____

To: _____
_____
_____

---

Please take notice that the within is a (certified) true copy of a

within named court on the _____ day of _____, 200 ___

duly entered in the office of the clerk of the

Dated: _____

Attorney for: _____

Yours, etc.
Plaintiff/Petitioner
Defendant/Respondent

To: _____

Attorney(s) for _____

Office and Post
Office Address

*****************NOTICE OF SETTLEMENT*****************

Sir/Madam:

Please take notice that an _____

of which the within is a true copy will be presented for settlement

to the Hon. _____, one of the Justices

of the within named court at _____, 200 ___ at _____ AM/PM on

Dated: _____, 200 ___

Yours, etc

Plaintiff/Petitioner
Defendant/Respondent

To: _____

Attorney(s) for _____

# Toyota Motor Insurance Agency
# Guaranteed Auto Protection (GAP) Program
# Notice of Buyer Liability For GAP Amount - New York

Date _03-15-2016_

| Buyer & Co-Buyer - Name(s) and Residence Address(es) | Seller - Name & Address |
|---|---|
| MONROE M MARY<br>709 FDR DR 6E<br>NEW YORK NY<br>10009 | HYUNDAI OF MANHATTAN<br>646 11TH AVE<br>NEW YORK, NY<br>10036 |

If your Retail Contract ("Contract") terminates as a result of a total loss of the vehicle occasioned by its theft, confiscation or physical damage, you will remain liable for the **GAP Amount.**

The **GAP Amount** is the difference between the amount you owe under the Contract (or if you were in default, the amount you would have owed if you had paid all monthly installments and other charges when due) as of the date of total loss, less the actual cash value of the vehicle as of the date of total loss, as determined under your physical damage insurance policy, if in effect on the date of total loss.

The Seller named above, or if a lender purchases your Contract, that lender, is the "Creditor" under your Contract. For a separate charge, shown below, the Creditor will waive its contractual right to hold you liable for the **GAP Amount** in the event of a total loss of the vehicle occasioned by its theft or physical damage. The Creditor's waiver of the **GAP Amount** is not automatically included in the Contract.

The Creditor will obtain insurance which covers it for this type of loss. The Creditor may pass through to you the actual cost of this insurance, and that amount is the separate charge shown below.

**Creditor GAP Waiver:** If you want the Creditor to waive its contractual right to hold you liable for the **GAP Amount** in the event of a total loss of the vehicle occasioned by its theft or physical damage, a separate charge of $ ___ is included in the Contract. This waiver cannot be cancelled and the term of the waiver must match the term of the Contract. Initial below if you want the waiver of the **GAP Amount** for the charge stated.

**Your initials indicate you want to purchase a Creditor GAP Waiver:** _____    _____

<span style="padding-left:6em">Buyer's Initials</span>     <span>Co-Buyer's Initials</span>

The Creditor GAP Insurance Company is:  Ohio Indemnity Company

Even if you purchase a **Creditor GAP Waiver**, you will remain liable for the actual cash value of the vehicle and deductible amounts relating to your physical damage insurance policy, if any, plus any unpaid monthly installments and other unpaid charges that accrued prior to the date of loss and arising from your failure to fulfill your obligations under the Contract.

**Buyer (Borrower) GAP Insurance:** As an alternative to buying a waiver, you may be able to buy insurance covering the **GAP Amount** from any insurance company which has been licensed by the New York Superintendent of Insurance to write motor vehicle borrower **GAP** insurance in the State of New York. If you buy insurance covering the **GAP Amount**, there is no contractual waiver of the **GAP Amount** by the Creditor included in the Contract.

You are entitled to a copy of this notice. If you do not initial above that you want to purchase the Creditor GAP Waiver, you are declining to purchase the Creditor GAP Waiver that was offered to you. By signing below, you acknowledge you have read this notice and that you have been provided with a copy.

_____    _____
<span style="padding-left:7em">Buyer's Signature</span>     <span style="padding-left:12em">Co-Buyer's Signature</span>

White copy (Creditor)    Canary copy (Dealer)    Pink copy (Buyer)

3511NY (01/05)

ETCH.
NO.

CT2401207

**VIRGINIA SURETY COMPANY, INC.**
("We", "Our", "Us")
**AUTOMOTIVE THEFT PROTECTION™ PROGRAM**
**CERTIFICATE OF COVERAGE**

CUSTOMER
REGISTRATION NO.

**NYV-370097**

| | | Month AUG | Day 15 | Year 2006 |
|---|---|---|---|---|

**DEALER'S NAME** HYUNDAI OF MANHATTAN     Dealer Code 31658

**DEALER'S ADDRESS** 646 11TH AVE

**CERTIFICATE HOLDER'S NAME** Last Name MARY    First Name MONROE M    Initial

**CERTIFICATE HOLDER'S ADDRESS** Street Address 709 FDR DR 8E    City NEW YORK    State NY    Zip Code 10009

**CERTIFICATE HOLDER'S PHONE** Area Code Day Phone ( 212 ) 860-4053    Area Code Night Phone ( 212 ) 673-6056

**VEHICLE INFORMATION** Make HYUNDAI    Year 2003    Model SONATA    Vehicle ID Number (VIN) KMHWF35H03A884749    Mileage 20952

**CERTIFICATE HOLDER'S E-MAIL**

This certifies that the **Automotive Theft Protection™ Program** ("**ATP®**") system has been installed on the above described **Covered Vehicle** utilizing a process designed to deter theft and assist authorities in the recovery of the **Stolen Vehicle. THIS CERTIFICATE OF COVERAGE SHALL NOT DUPLICATE COVERAGE AFFORDED BY ANY OTHER INSURANCE POLICY OR COVERAGE, INCLUDING THE COMPREHENSIVE PHYSICAL DAMAGE COVERAGE PROVIDED BY YOUR PRIMARY AUTOMOBILE INSURANCE CARRIER.**

**COVERAGE TERM**                                   **FOR INSURANCE COMPANY USE ONLY**
Subject to the terms and conditions of this **Certificate of Coverage**, if the **Covered Vehicle** is stolen within:
❏ 2 years          ❏ 3 years          ❏ 4 years          ☑ 5years
of the Effective Date of this **Certificate of Coverage, You** will be entitled to the Limited Benefit stated below. Provided that: 1) the **Covered Vehicle** is not recovered within THIRTY (30) days of theft; 2) **You** are still the **Certificate Holder** named above; and 3) all the conditions stated below are met.

**MAXIMUM BENEFIT PAYABLE**                         **FOR INSURANCE COMPANY USE ONLY**
☑ **PREFERRED PROTECTION PLAN**
☑ (up to $5,000.)       ❏ (up to $7,500.)       ❏ (up to $15,000.)       ❏ (up to $25,000.)

❏ **BASIC PROTECTION PLAN** (up to $2,500.) *includes rental car*
The amount selected above is the Maximum Benefit Payable under this **Certificate of Coverage.**

**LIMITED BENEFIT**
When the **Automotive Theft Protection™ Program** ("**ATP®**") is applied to, or installed on **Your Covered Vehicle**, the terms and conditions of coverage are met and **Your Covered Vehicle** is later stolen and unrecovered or declared a total loss due to theft, we will pay a loss Benefit defined as:
A:    Basic Protection Plan: Pay on **Your** behalf, to the **Automobile Dealer**, a loss benefit towards the purchase or lease of a **Replacement Vehicle**, and pay to **You** a Rental Car Reimbursement of up to $250. Loss Benefit to be calculated as follows:
       *Purchased Vehicle* - The difference between **Your Replacement Vehicle** Cost and the amount **You** receive from **Your Primary Automobile Insurance** Carrier for the theft of **Your Covered Vehicle**; or
       *Leased Vehicle*: The total payment due the **Automobile Dealer** to reduce from **Your Replacement Vehicle** Cost that amount necessary, to produce a **Replacement Vehicle** monthly lease payment and term (total number of monthly payments) identical to the original monthly lease payment and term of **Your Stolen Vehicle.**
B.    Preferred Protection Plan: Pay on **Your** behalf, to the **Automobile Dealer**, a loss Benefit towards the purchase or lease of a **Replacement Vehicle**, and pay to **You** a Rental Car Reimbursement of up to $500. Loss Benefit to be calculated as follows:
       *Purchased Vehicle* - The difference between **Your Replacement Vehicle** Cost and the amount **You** receive from **Your Primary Automobile Insurance** Carrier for the theft of **Your Covered Vehicle**; or
       *Leased Vehicle*: The total payment due the **Automobile Dealer** to reduce from **Your Replacement Vehicle** Cost that amount necessary, to produce a **Replacement Vehicle** monthly lease payment and term (total number of monthly payments) identical to the original monthly lease payment and term of **Your Stolen Vehicle.**

This Certificate of Coverage is transferable to a second owner of **Your Covered Vehicle** subject to the Program Administer's approval. See the Transfer Option section of the Conditions for details. This **Certificate of Coverage** and all amendments thereto make up the complete contract of insurance between the Insurer and the **Certificate Holder**. No person can alter or waive any part of this Certificate of Coverage or make any agreements that bind **Us**. In the event **You** are unable to obtain satisfaction of **Your Benefits, You** may file a direct claim with **Us** at: 1(800) 209-6206.
The above selections indicate the term and maximum benefit payable of the insurance for which I am applying. I have read the **Certificate of Coverage** and I understand and agree to all its provisions.

_____                          08/15/06
CUSTOMER'S SIGNATURE
                                                     DATE
_____                          08/15/06
AUTHORIZED DEALER SIGNATURE                          DATE

_____I DECLINE to purchase the **Automotive Theft Protection™ Program.** I understand that, in the event that my vehicle is stolen, I AM NOT ENTITLED TO A CLAIM BENEFIT OFFERED BY THE **AUTOMOTIVE THEFT PROTECTION PROGRAM™.**

_____
CUSTOMER'S SIGNATURE                                 DATE

**TO REPORT A CLAIM CONTACT THE PROGRAM ADMINISTRATOR AT:**
A TOUCH OF CLASS, INC. • 7455 Natural Bridge Caverns Rd. • Schertz, TX 78154 • (800) 707-9292 • warrantyservice@cal-tex.com
WHITE - ATOC • YELLOW - DEALER • PINK - CUSTOMER
© 2000 A TOUCH OF CLASS, INC.

 **TOYOTA** FINANCIAL SERVICES ℠          ## AGREEMENT TO PROVIDE INSURANCE           **LEXUS** Financial Services

I hereby agree to maintain liability, comprehensive, and collision insurance coverage for the referenced vehicle with a maximum deductible of $1,000.00 in th name of the Named Insured as shown below. If I am purchasing the vehicle, the insurance policy will reflect Toyota Motor Credit Corporation (or Lexus Financia Services, if applicable) as the lienholder and loss payee. If I am leasing the vehicle, the insurance policy will reflect Toyota Motor Credit Corporation, Lexu Financial Services, or Toyota Lease Trust (as reflected on the lease agreement) as legal owner of the vehicle and additional insured. I also agree to maintair liability insurance coverage in an amount equal to or greater than minimum requirements for the state in which I reside, or as required in my lease or reta contract, whichever is greater.

### NAMED INSURED (SAME AS BUYER/LESSEE)

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| MONROE | M | MARY |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 709 FOR DR 8E | NEW YORK | NY | 10009 |

TELEPHONE NUMBER
( ) 212-6736056

### VEHICLE INSURED

| YEAR | MAKE | BODY | MODEL | VIN/SERIAL NUMBER |
|---|---|---|---|---|
| 2003 | HYUNDAI | SD | SONATA | KMHWF35H03A884749 |

### INSURANCE AGENT

NAME
GEICO

STREET ADDRESS
750 WOODBURY RD

| CITY | STATE | ZIP CODE |
|---|---|---|
| WOODBURY NY 11797 | | |

TELEPHONE NUMBER
800-8413000

### INSURANCE COMPANY

NAME
GEICO

POLICY NUMBER
2018296323

EFFECTIVE DATE
FROM  08/15/06  TO

COVERAGE  X ☐ LIABILITY          ☐ COMPREHENSIVE
☐ COLLISION $ 1000    DEDUCTIBLE $ 1000

### NAMED INSURED'S SIGNATURE

X *Mrs. Mary Monroe*    DATE 08/15/06

### TMCC ACCOUNT NUMBER

### DEALER CONFIRMATION

☐ AGENCY    ☐ INSURANCE COMPANY

CONFIRMED BY

NAME OF PERSON

DATE

TMCC/LFS/TLT AS LOSS PAYEE/ADDITIONAL INSURED
X ☐ YES          ☐ NO

### DEALER SALESPERSON SIGNATURE

X *[signature]*

### DEALER

HYUNDAI OF MANHATTAN

### IMPORTANT NOTICE TO BUYER/LESSEE

TAKE THE YELLOW COPY OF THIS FORM TO YOUR INSURANCE AGENT TO ASSIST IN PROVIDING PROPER PROOF OF COVERAGE TO LOSS PAYEE/ADDITIONAL INSURED.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

### IMPORTANT NOTICE TO AGENT

SEND PROOF OF
COVERAGE AND
ALL CORRESPONDENCE TO:                **TOYOTA MOTOR CREDIT CORPORATION**
P.O. Box 3025
Coraopolis, PA 15108



## Yves Gilbert
### *General Manager*

**Hyundai of Manhattan**

646 11th Avenue
(Corner of 47th & 11th Ave.)
New York, NY 10036

Sales: 212-459-1500
Fax: 212-586-3015
Service: 212-459-0300
Parts: 212-459-0445
Email: Yves.Gilbert@bramcorp.net

Mary Monroe
709 F.D.R. Drive #8E
New York, N.Y. 10009

I Mary Monroe give Raymond Richardson, the right to make decision on my behave. Since I can't be present concerning my contractual agreement with Hyundai of Manhattan, signed on August 15, 2006. He can agree to continue or discontinue the contract as he see's fit. Since he is representing me his decision is final. Thank You And God Bless You Truly

Yours
Ms. Mary Monroe

STATE OF NEW YORK
COUNTY OF NEW YORK
SWORN TO BEFORE ME THIS
AUG 16 2006

BRIAN KEPPELL
Notary ... State of N.Y.
No. 31-5002646
... in New York Co...
... Expir...
N.Y. Sp...

On Oct 5, 2007

**[Print to fill in the spaces next to the instructions]**

Affidavit of Service After Commencement of Litigation

*Mary Monroe* against *Hyundai of Manhattan* Index No. *113492 /06*

STATE OF NEW YORK, COUNTY OF *New York* ss:

I, *Raymond Richardson*, [name of person who served papers], being duly ~~sworn~~ **Affirm**, depose and say: I am over 18 years of age and am not a party to this case. I reside at [your address] *2080 First Avenue #210 New York 10029*

On _____, 200*6* [date of service], at *5:30* AM/PM, [time of day], I served true copy of the following papers: [identify papers served] *Summons with Notice, Complaint & Exhibits* _____, in the following manner. [check box that applies

☒ **Personal Service**   By personally delivering the papers to *Yves Gilbert* _____ [identify person served] at *646 11th Avenue New York, N.Y. 10036* _____ [address].

The individual I served had the following characteristics [check the right boxes]

| Sex | Height | Weight | Age |
|---|---|---|---|
| ☒ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21-34 years |
| ☐ Female | ☐ 5'0"-5'3" | ☐ 100-130 lbs. | ☐ 35-50 years |
| | ☒ 5'4"-5'8" | ☐ 131-160 lbs. | ☒ 36-50 years |
| | ☐ 5'9"-6'0" | ☒ 161-200 lbs. | ☐ 51-65 years |
| | ☐ Over 6' | ☐ Over 200 lbs. | ☐ Over 65 yrs. |

[describe] Skin color *Brown* _____  Hair color *Black* _____

Other identifying features, if any [describe]: _____

☐ **Mail**   By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) indicated below:

☐ **Overnight Delivery Service**   By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The delivery service used was _____. [name of delivery service used]

[Name(s) and address(es) of person(s) served]

_____    _____
_____    _____
_____    _____

FILED
OCT 1 0 2006
NEW YORK
COUNTY CLERK'S OFFICE

Sworn to before me this
*7* day of *October*, 200*6*

*Ling Fung Cheung*
Notary Public

**LING FUNG CHEUNG**
Notary Public, State of New York
No. 01CH6133227
Qualified in Kings County
Commission Expires Sept. 12, 2009

*Raymond Richardson*
[sign name, before a Notary].

*Raymond Richardson*
[Print your name]

6/0

# TOYOTA MOTOR INSURANCE AGENCY

**GUARANTEED AUTO PROTECTION PROGRAM**
**CREDITOR GAP WAIVER**
**New York**

| | |
|---|---|
| Waiver # | 3454KQ |
| Plan Code | |
| Dealer Code | |

**Effective Date**

## Buyer Information

| Name | | Address | |
|---|---|---|---|
| MONROE M MARY | | 709 FDR DR SE | |
| City | State | Zip | Telephone |
| NEW YORK | NY | 10009 | (212)673-6056 |

## Vehicle Information

| Make | Model | | Model Year |
|---|---|---|---|
| HYUNDAI | SONATA | | 2003 |
| Vehicle Identification Number | | New/Used | Retail Contract Start Date |
| KMHWF35H03A82 | | USED | |

## Creditor Information

| Name | | Address | |
|---|---|---|---|
| | | PO BOX 105386 | |
| City | State | Zip | Telephone |
| ATLANTA | GA | 30348-5386 | |
| | | | Retail Contract Term (months) |
| | | | 60 |

## Dealer Information

| Name | | Address | |
|---|---|---|---|
| HYUNDAI | | 646 11TH AVE | |
| City | State | Zip | Telephone |
| | NY | 10036 | (212)459-1500 |

## WAIVER OF GAP AMOUNT

GAP protection is not required to enter into your retail installment contract ("Contract"). If your Contract is terminated as a result of total loss of the vehicle occasioned by its theft or physical damage, the Creditor can agree to waive its contractual right to hold you liable for the GAP Amount. The GAP Amount is the difference, if any, between the amount you owe under the Contract (or if you were in default, the amount you would have owed if you had paid all monthly installments and other charges when due) as of the date of a total loss, less the actual cash value of the vehicle under your physical damage insurance policy as of the date of total loss.

The Creditor has obtained GAP insurance, which covers the Creditor for the GAP Amount, and will pass through to you the actual cost of this insurance. If the total loss is not covered by a physical damage insurance policy, the actual cash value will be determined using the N.A.D.A. Official Used Car Guide published by the National Automobile Dealer Association.

Your purchase of this Waiver means your Creditor agrees to waive its contractual right to hold you liable for the GAP Amount in the event of a total loss of the vehicle occasioned by its theft or physical damage. However, you will remain responsible for any monthly installments or other charges arising from your failure to fulfill your obligations under the Contract that accrued prior to the date of loss, the actual cash value of the vehicle, and deductible amounts relating to your physical damage insurance policy and the Buyer GAP insurance policy, if any.

## CHARGE FOR CREDITOR GAP WAIVER

The cost of your Creditor GAP Waiver is $ 175.00 . This separate charge will be included in your Contract and cannot be cancelled.

## PROCEDURE FOR REPORTING A TOTAL LOSS

If your Contract terminates as a result of total loss of the vehicle occasioned by its theft or physical damage, call the Program Administrator at (800) 255-8713.

The Creditor GAP Insurance Company is:   Ohio Indemnity Company

| | |
|---|---|
| _____ | _____ |
| Signature of Buyer | Date   5-15-06 |
| _____ | _____ |
| Signature of Co-Buyer | Date |
| _____ | _____ |
| Signature of Dealer | Date |

## COUNTY CLERK, NEW YORK COUNTY

Application for INDEX NUMBER pursuant to Section 8018, C.P.L.R.

### FEE $210.00

| INDEX NUMBER |
|---|
| Do not write in this space |

Space below to be TYPED or PRINTED by applicant

**TITLE OF ACTION OR PROCEEDING**

*Mary Monroe*

*Against*

*Hyundai of Manhattan*

**CHECK ONE**

| | |
|---|---|
| ☒ COMMERCIAL ACTION | ☐ NOT COMMERCIAL ACTION |
| ☐ CONSUMER CREDIT TRANSACTION | ☐ NOT CONSUMER CREDIT TRANSACTION |
| ☒ THIRD PARTY ACTION | ☐ NOT THIRD PARTY ACTION |

**IF THIRD PARTY ACTION**
**MAIN INDEX NO.** _____

06113492

| | |
|---|---|
| **Name and address of Attorney for Plaintiff or Petitioner. Telephone No.** | *Mary Monroe* *709 F.D.R. Drive #8E New York, N.Y. 10009* *(212) 529-3917 / 673-6056* |
| **Name and address of Attorney for Defendant or Respondent. Telephone No.** | |

A.   Nature and object of action or *Refused to void contract before 7 Days*
Nature of special proceeding _____

B.   Application for Index Number filed by:   Plaintiff ☒   Defendant ☐

C.   Was a previous Third Party Action filed   Yes ☒   No ☐
Date filed _____