**EXHIBIT "E"**

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: HYUNDAI OF MANHATTAN INC.

Selected Entity Status Information

**Current Entity Name:** HYUNDAI OF MANHATTAN INC.
**Initial DOS Filing Date:** OCTOBER 31, 2001
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FIRESTONE & HARRIS, ESQS.
32 COURT STREET
BROOKLYN, NEW YORK, 11201

**Chairman or Chief Executive Officer**

CARMELO GIUFFRE
665 65TH ST
BROOKLYN, NEW YORK, 11220

**Principal Executive Office**

CARMELO GIUFFRE
665 65TH ST
BROOKLYN, NEW YORK, 11220

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results      New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: HYUNDAI OF WESTCHESTER, INC.

Selected Entity Status Information

**Current Entity Name:** HYUNDAI OF WESTCHESTER, INC.
**Initial DOS Filing Date:** JANUARY 25, 2002
**County:** WESTCHESTER
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
HYUNDAI OF WESTCHESTER, INC.
2167 CENTRAL PARK AVE
YONKERS, NEW YORK, 10710

**Chairman or Chief Executive Officer**
CARMELO GIUFFRE
6401 6TH AVE
BROOKLYN, NEW YORK, 11220

**Principal Executive Office**
CARMELO GIUFFRE
6401 6TH AVE
BROOKLYN, NEW YORK, 11220

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results　　　New Search

Division of Corporations, State Records and UCC Home Page　　　NYS Department of State Home Page