**CERTIFICATE OF SERVICE**

RE:     MARY MONROE v. HYUNDAI OF MANHATTAN & WESTCHESTER,
        TOYOTA & LEXUS FINANCIAL SERVICES
        Docket No.: 07 CV 8777(GBD)(MHD)

I hereby certify that on December 10, 2007, the foregoing NOTICE OF MOTION TO DISMISS, AFFIRMATION AND EXHIBITS was filed with the Clerk of the Court and served in accordance with the Federal Rules of the Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

To: Mary Monroe, *Pro Se Plaintiff*
    709 F.D.R. Drive #8E
    New York, New York 10009

    Hyundai of Manhattan
    646 11th Avenue
    New York, New York 10036

    Hyundai of Westchester
    2423 Central Part Avenue
    Yonkers, New York 10710

                        BY:   Michelle E. Tarson /s/
                              MICHELLE E. TARSON (mt-2482)
                              Simmons, Jannace & Stagg, L.L.P.