```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MARY MONROE,                          CASE NO.:
                                      07-CV-8777(GBD)(MHD)
            Plaintiff,
                                      RULE 7.1 STATEMENT
      -against-

HYUNDAI OF MANHATTAN & WESTCHESTER,
TOYOTA & LEXUS FINANCIAL SERVICES,

            Defendants.

-----------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible qualifications or recusal, the undersigned counsel for Toyota Motor Credit Corporation s/h/a Toyota & Lexus Financial Services (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

TOYOTA MOTOR CORPORATION

Dated:    Syosset, New York
          December 7, 2007

**SIMMONS, JANNACE & STAGG, L.L.P.**
Attorneys for Defendant
Toyota Motor Credit Corporation

By: Michelle E. Tarson /s/
Michelle E. Tarson (mt-2482)
**Office & P.O. Address:**
75 Jackson Avenue
Syosset, New York 11791
Phone: (516) 357-8100