## CERTIFICATE OF SERVICE

RE:        MARY MONROE v. HYUNDAI OF MANHATTAN & WESTCHESTER,
              TOYOTA & LEXUS FINANCIAL SERVICES
              Docket No.: 07 CV 8777(GBD)(MHD)

      I hereby certify that on December 10, 2007, the foregoing MEMORANDUM OF LAW IN SUPPORT OF TOYOTA MOTOR CREDIT CORPORATION'S MOTION TO DISMISS was filed with the Clerk of the Court and served in accordance with the Federal Rules of the Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

To:   Mary Monroe, *Pro Se Plaintiff*
      709 F.D.R. Drive #8E
      New York, New York 10009

      Hyundai of Manhattan
      646 11th Avenue
      New York, New York 10036

      Hyundai of Westchester
      2423 Central Part Avenue
      Yonkers, New York 10710

                                        BY:   Michelle E. Tarson /s/
                                                   MICHELLE E. TARSON (mt-2482)
                                                   Simmons, Jannace & Stagg, L.L.P.