UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mary Monroe           Plaintiff,

-v-

Hyundai of Manhattan & Westchester, Toyota & Lexus Financial Services        Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Cv 08777 (GBD)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: motion to dismiss

All such motions: ___

Dated  DEC 13 2007

SO ORDERED:

George B. Daniels
United States District Judge