UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Monroe

                Plaintiff,

-v-

Hyundai of Manhattan

                Defendant.

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Cv 08777 (GBD)(MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 2 2008

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: motion to dismiss by Hyundai of manhattan/
All such motions: ___ Westchester

Dated __JAN 0 2 2008__

SO ORDERED:

_George B. Daniels_
HON. GEORGE B. DANIELS
United States District Judge